```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FOXMIND CANADA ENTERPRISES LTD.,                                 :
                                                                 :
                                Plaintiff,                       :
                                                                 :      23 Civ. 1764 (JPC)
             -v-                                                 :
                                                                 :          ORDER
ACEXL et al.,                                                    :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The Clerk of Court is respectfully directed to unseal this action and to upload all documents filed to date on the Electronic Case Filing System.

    SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                              JOHN P. CRONAN
                                 United States District Judge