UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FOXMIND CANADA ENTERPRISES LTD.,                                 :
                                                                 :
                Plaintiff,                                       :
                                                                 :        23 Civ. 1764 (JPC)
      -v-                                                        :
                                                                 :        <u>SEALED ORDER</u>
ACEXL, *et al.*,                                                 :
                                                                 :
                Defendants.                                      :
                                                                 :
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court will hold a hearing to decide Plaintiff's *ex parte* application for a temporary restraining order on March 13, 2023 at 9:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Plaintiff should bring samples of the Pop It Products and the Counterfeit Products to the hearing and should be prepared to address whether there is a sufficient likelihood of consumer confusion to demonstrate a likelihood of success on the merits necessary to grant a temporary restraining order and preliminary injunction. If Plaintiff wishes to make any further submission on this issue in advance of the hearing, it may do so by Thursday, March 9, 2023.

        SO ORDERED.

Dated: March 1, 2023
       New York, New York
                                                             JOHN P. CRONAN
                                                         United States District Judge