

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

July 11, 2023

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *FoxMind Canada Enterprises Ltd. v. ACEXL, et al.*
                **Case No. 23-cv-1764 (JPC)**
                **Request for Adjournment of Show Cause Hearing**

Dear Judge Cronan,

      We represent Plaintiff FoxMind Canada Enterprises Ltd. ("Plaintiff") in the above-referenced action.[1] By Order dated May 11, 2023, the Court directed Plaintiff to file a Motion for Default Judgment in this action by July 7, 2023, and scheduled a show cause hearing for August 15, 2023 at 1:00 p.m. ("Show Cause Hearing"). (Dkt. 31). On July 6, 2023, the Court granted Plaintiff's request for an extension of time to file its Motion for Default Judgment until July 21, 2023, but did not adjourn the date of the Show Cause Hearing. (Dkt. 38). For the reasons set forth herein, Plaintiff respectfully requests an adjournment of the until Tuesday August 22, 2023.

      In accordance with Your Honor's Individual Rules and Practices, Plaintiff respectfully submits the following:

    **i.**    **The original date(s) set for the appearance or deadline(s) and the new date(s) requested**: The original date for the Show Cause Hearing is August 15, 2023, Plaintiff respectfully requests that the Show Cause Hearing be adjourned to August 22, 2023 or a date that is convenient for the Court.
    **ii.**    **The reason(s) for the request**: Counsel for Plaintiff has an in person deposition on August 15, 2023 in California in another matter.
    **iii.**    **The number of previous requests for adjournment or extension**: None, this is Plaintiff's first request for an adjournment of the Show Cause Hearing.
    **iv.**    **Whether these previous requests were granted or denied**: N/A
    **v.**    **Whether opposing counsel consents, and, if not, any reasons given by opposing counsel for refusing to consent**: None of the Defendants remaining in this action have

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary.

Hon. John P. Cronan
July 11, 2023
Page 2

filed Answers or otherwise formally appeared, and are all currently in default, thus Plaintiff did not seek their consent.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

The request is granted.  The default judgment hearing currently scheduled for August 15, 2023, is adjourned to August 22, 2023, at 12:30 p.m. via telephone.  At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.  Plaintiff shall serve Defaulting Defendants with a copy of this order via the same methods of service as authorized by the Preliminary Injunction.

The Clerk of Court respectfully directed to close Docket Number 39.

SO ORDERED.

July 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge